**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **ROTH STAFFING COMPANIES, L.P.** | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO.: ________________ |
| | : | |
| v. | : | |
| | : | |
| **WENDY STRUTHERS a/k/a WENDY WARD a/k/a WENDY WARD-STRUTHERS** | : | |
| | : | JULY 21, 2015 |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**

Plaintiff Roth Staffing Companies, L.P. ("Roth Staffing" or the "Company") moves, pursuant to Fed. R. Civ. P. 65, for an Order commanding the defendant to appear before the Court at such time and place as the Court may fix, to show cause why a Preliminary Injunction should not issue as prayed for in Roth Staffing's Verified Complaint and Motion for Preliminary Injunction filed this same date.

As set forth in Roth Staffing's preliminary injunction papers, an immediate preliminary injunction is necessary to stem defendant's ongoing violations of restrictive covenants in her Employment Agreement dated July 19, 2013, and to prevent the misappropriation of Roth Staffing's trade secrets under the Connecticut Uniform Trade Secrets Act ("CUTSA"), Conn. Gen. Stat. § 31-51 *et seq.* Roth Staffing respectfully requests an immediate hearing on this Motion, as defendant's violations and the resultant irreparable harm to Roth Staffing are ongoing. For the foregoing reasons, Roth Staffing respectfully requests that the Court issue an Order to Show Cause in the form attached hereto.

Dated at New Haven, Connecticut this 21st day of July, 2015.

Respectfully submitted,

PLAINTIFF, ROTH STAFFING COMPANIES, L.P.

/s/ Stephen P. Rosenberg

Stephen P. Rosenberg (ct26601)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street, Suite 300
New Haven, CT 06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
sprosenberg@littler.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ROTH STAFFING COMPANIES, L.P.**<br><br>Plaintiff,<br><br>v.<br><br>**WENDY STRUTHERS a/k/a WENDY WARD a/k/a WENDY WARD-STRUTHERS**<br><br>Defendant. | : | CIVIL ACTION<br>NO.: ________________ |

**ORDER TO SHOW CAUSE**

WHEREAS, the Plaintiff's Verified Complaint and Motion for Preliminary Injunction have come before the Court, and WHEREAS, upon motion of the Plaintiff it appears that an Order should issue directing the Defendant in this action to appear before the Court to show cause why a Preliminary Injunction should not issue against her;

IT IS HEREBY ORDERED that Defendant Wendy Struthers a/k/a Wendy Ward a/k/a Wendy Ward-Struthers be summoned to appear before this Court on ____________________ ____________, at _________ a.m. / p.m., then and there to show cause why a Preliminary Injunction should not issue as requested in the Plaintiff's Verified Complaint and Motion for Preliminary Injunction.

SO ORDERED.

________________________________
United States District Court

Date: ____________________________